

# NUMBER 13-26-00197-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## ESTATE OF CLAIRE ESSING, DECEASED

---

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
## OF NUECES COUNTY, TEXAS

---

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices Silva and Cron**
**Memorandum Opinion by Justice Silva**

Appellant Lena Essing Comstock filed a notice of appeal from an order rendered in trial court cause number 2024-PR-00469-3 in the County Court at Law Number 3 of Nueces County, Texas. On April 28, 2026, and again on May 22, 2026, the Clerk of the Court notified appellant that the clerk's record in the above cause was originally due on April 27, 2026; however, the deputy district clerk had notified this Court that appellant failed to make arrangements for payment of the clerk's record. The Clerk advised appellant that the appeal was subject to dismissal for want of prosecution unless appellant

arranged to pay for the clerk's record and provided proof of payment to this Court within ten days. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c). Appellant did not indicate that she was entitled to proceed without payment, make arrangements to secure the filing of the clerk's record, or otherwise respond to the Clerk's notices.

The Texas Rules of Appellate Procedure authorize us to dismiss an appeal for want of prosecution when the appellant has failed to pay or arranged to pay for the preparation of the clerk's record unless the appellant is entitled to proceed without payment of costs. *See id.* R. 37.3(b), 42.3(b), (c); *In re T.L.R.*, 391 S.W.3d 669, 669 (Tex. App.—Dallas 2013, no pet.); *Clinton v. Clinton*, 198 S.W.3d 444, 444 (Tex. App.—El Paso 2006, no pet.). The Court also has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the Clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.).

The Court, having examined and fully considered the documents on file and the foregoing events, is of the opinion that this appeal should be dismissed. The record does not reflect that appellant has paid for the clerk's record, arranged to pay for the clerk's record, or that appellant is entitled to proceed without payment of costs. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

CLARISSA SILVA
Justice

Delivered and filed on the
18th day of June, 2026.

2